THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES DIXON, Respondent, *v.* RICHARD J. LEWIS, as Sheriff of Albany County, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES LATHAM, Respondent, *v.* RICHARD J. LEWIS, as Sheriff of Albany County, Appellant.

Argued November 17, 1937; decided January 4, 1938.

*John T. Delaney, District Attorney (Henry S. Kahn* of counsel), for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* and *Wendell P. Brown* of counsel), for State of New York.

*Edward F. O'Connor* for James Dixon, respondent.

*George H. Barber* for James Latham, respondent.

Orders affirmed. The orders sustaining the writs are affirmed. We do not, however, pass upon the constitutionality of section 1898-a of the Penal Law for the reason that the question cannot be reached on this appeal. The information fails to state a crime. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.